UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HOUX,<br><br>        Plaintiff,<br><br>v.<br><br>FRESNO COUNTY,<br><br>        Defendant. | Case No.: 1:24-cv-00116-CDB (PC)<br><br>ORDER DISCHARGING WRITS OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE VICTOR HOUX, INMATE NO. 1195-7<br><br>(Docs. 20, 21) |

The telephonic pre-settlement conference previously set for October 22, 2025 (Doc. 20), and the settlement conference set for October 30, 2025 (Doc. 21) in this matter, before U.S. Magistrate Judge Sheila K. Oberto, have been vacated.

Accordingly, because Inmate Victor Houx, Inmate No. 1195-7, is no longer needed by the Court as a participant in proceedings on these dates, the writs of habeas corpus ad testificandum issued October 7, 2025, as to this inmate (Docs. 20, 21) are HEREBY DISCHARGED.

The Clerk of the Court is directed to serve a copy of this Order via fax on the Litigation Office at Coalinga State Hospital at (559) 935-4308 or via email.

IT IS SO ORDERED.

Dated: **October 20, 2025**

                                    UNITED STATES MAGISTRATE JUDGE